UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PURCELL HARTISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07CV1277 RWS |
| ) | |
| CJC, et al., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On August 6, 2007, the Court ordered plaintiff to verify whether he filed this case or whether it was filed by another inmate without his permission. On August 10, 2007, plaintiff responded to the Court's Order. Plaintiff's response indicates that he filed Case No. 4:07CV1328 RWS but that he did not file the instant case or authorize its filing. As a result, this case shall be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

Dated this 15th day of August, 2007.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE